IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  4:92CR00250-01-WRW

JOHN DAVID WHITEHEAD

ORDER

Pending before the Court is the Motion for Early Termination of Supervised Release (doc #529) filed by the defendant, John David Whitehead. After a review of the Motion, and there being no objection from the Government or the United States Probation Office, the Court finds that the Motion should be, and hereby is GRANTED and Mr. Whitehead is released from further supervision.

IT IS SO ORDERED this 23rd day of July, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ord.earlyrelease.wpd